UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHN BITZER,

    Plaintiff,

    v.

WILLIAM HYATTE, et al.,

    Defendants.

Case No. 3:20-CV-342 JD

## ORDER

The Court previously directed the Magistrate Judge to prepare a report and recommendation on the plaintiff, John Bitzer's, motion for a hearing regarding the exhaustion defense. (DE 97.) After conducting an evidentiary hearing and receiving briefing by the parties, Magistrate Judge Gotsch has submitted a report and recommendation to the Court. (DE 128.) Neither party has objected to the report by the deadline.

If there is no objection to a report and recommendation, as here, then the Court reviews the report for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (internal citations omitted). The Court has reviewed the report and discerns no such errors. Accordingly, the Court adopts the report and recommendation prepared by Judge Gotsch. (DE 128.) Mr. Bitzer's Rule 50 motion for judgment as a matter of law is DENIED. (*Id.*) The Defendants' affirmative defense of failure to exhaust administrative remedies is OVERRULED. (*Id.*) The stay of merits discovery is lifted.

SO ORDERED.

ENTERED: March 13, 2024

                                                   /s/ JON E. DEGUILIO
                                            Judge
                                            United States District Court